UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALENA CLARK,

    Plaintiff,

v.

Case No. 19-10106
Honorable Thomas L. Ludington

COUNTY OF SAGINAW,
et al.,

    Defendants.
_____/

**ORDER GRANTING IN PART PLAINTIFF'S MOTION, ECF No. 37, TO PROVIDE PROCEDURES FOR REMOTE DEPOSITIONS**

The Defendant's motion to extend the scheduling order was granted in part extending the discovery deadline until May 11, 2020 for previously noticed depositions to occur remotely, specifically for John McColgan, Jennifer Broadfoot, Jolina O'Berry, Mark Gaertner, and Blair Stevenson. *Id.*

The parties have been unable to reach agreement on procedures for remote depositions which as a result of the Governor's Stay Home Order are now being conducted regularly on reasonably uniform terms.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Procedures for Remote Depositions, ECF No. 37, is **GRANTED** in part and denied in part.

It is further **ORDERED** that the following procedures shall govern any remote depositions in this case:

    1. The Federal Rules of Evidence and the Federal Rules of Civil Procedures shall apply to the remote deposition as if it were in person, with the following additional provisions;

    2. The court reporter may administer the oath or affirmation to the deponent remotely;

3. The court reporting service will arrange, coordinate, and host the deposition through a secure videoconference technology, such as Zoom or a functional equivalent;

4. The court reporter's transcript shall serve as the official record of the deponent's testimony;

5. As the host of the videoconference, the court reporter shall video-record the deponent while on the record and also ensure that all individuals present at the deposition are continuously seen on video and may be heard when needed. The court reporter shall announce each time s/he has activated the record function and each time s/he has deactivated the record function;

6. As the host of the videoconference, the court reporter shall disable the videoconference technology's 'chat' function (or any similar private communication function);

7. Exhibits shall be presented in a legible/readable format to the deponent and counsel of record before questioning the deponent regarding the exhibit.

Dated: May 4, 2020                                            s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge